# DIVIDENDS REMITTED TO THE COURT

Case Number 08-17590 - NAUGHTON, TIMOTHY JOHN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | 000001 | 183.99 | 1.84 |
| Remittance Total | | 183.99 | 1.84 |

*[signature]*
LAUREN A. HELBLING, Trustee

# 149759

*FILED 2010 FEB -4 PM 1:14*
*U.S. BANKRUPTCY COURT*
*NORTHERN DISTRICT OF OHIO*
*CLEVELAND*

Claim 000001, Payment 1.00005%  
Chase Bank USA NA  
PO BOX 15145  
Wilmington DE 19850-5145  

LAUREN A. HELBLING  
1370 Ontario Street, #450  
CLEVELAND, OH 44113  

**BANK OF AMERICA, N.A.**  
32-1/1110 TX  
0  

CHECK NUMBER  
**103**

| DATE | AMOUNT |
|---|---|
| 02/01/10 | ***********1.84 |

2400376  
PAY TO THE ORDER OF  

United States Bankruptcy Court  
201 Superior Avenue  
Cleveland, OH 44114  

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-17590    MOR | Debtor: NAUGHTON, TIMOTHY JOHN |

One Dollar And 84/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE  
THIS CHECK VOID AFTER 90 DAYS

⑈000103⑈ ⑆111000012⑆ 443739114⑈